# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-2154

———————————————

CLARENCE GRIFFIN III,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Belated Appeal—Original Jurisdiction.

March 12, 2025

PER CURIAM.

The Court strikes the amended petition seeking belated appeal, docketed November 18, 2024, as the amended petition does not comply with Florida Rule of Appellate Procedure 9.141(c). The case is hereby dismissed.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Clarence Griffin III, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.